EXHIBIT

____B____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cv-80654-DMM

AMERICAN REGISTRY, LLC
A Florida Limited Liability Company,

    Plaintiffs,

v.

CASTLE CONNOLLY MEDICAL LTD.,

    Defendants.
_____/

### **DEFENDANT CASTLE CONNOLLY'S RULE 26(a)(1) INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant Castle Connolly Medical Ltd. ("Castle Connolly") hereby makes the following initial disclosures based upon the information reasonably available to it at the present time. Castle Connolly reserves the right to amend and/or supplement these disclosures, as appropriate, based on Castle Connolly's continued investigation into the issues related to this action when and if additional information becomes available.

These Initial Disclosures are made without waiving (1) the right to object to discovery on the grounds of attorney-client or work-product privileges, competency, undue burden, relevancy and materiality, or any other proper grounds; (2) the right to object to the use of any such information, for any purpose, in whole or in part, in any later proceeding in this or any other action; and (3) the right to object to the grounds, at any time, to any discovery request or proceeding relating to or involving the subject matter of these disclosures.

Cole, Scott & Kissane
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

I. <u>Witnesses</u>

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), Defendant states that, based on the information currently known to it, the following individuals are likely to have discoverable information that Defendant may use to support its defenses (exclusive of expert witnesses, attorneys and their support staff):

| Witness | General Subject Matter | Best Known Contact Information |
|---|---|---|
| Steve Leibforth | Knowledge of corporate structure of Castle Connolly | Steve Leibforth<br>c/o Ruttenberg IP Law<br>1801 Century Park East<br>Suite 1920<br>Los Angeles, CA 90067 |
| Michael P. Moran | | American Registry, LLC<br>c/o Malloy & Malloy, P.L.<br>2800 SW 3rd Avenue<br>Miami, Florida 33129 |

Defendant reserves the right to rely upon or call at trial any witness disclosed by Plaintiff in its Initial Disclosures, as well as any witness identified in any interrogatory response. Defendant reserves the right to supplement, amend and/or modify this disclosure should additional information regarding its claims or defenses come to light through discovery or otherwise.

II. <u>Documents</u>

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Defendant states that, based on the information currently known to it, the following categories of non-privileged documents and tangible things in its possession, custody or control may be used to support Defendant's defenses:

1. Prior pleadings by Plaintiff asserting infringement and breach of contract

- 2 -
Cole, Scott & Kissane
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

against other parties based on U.S. Patent No. 7,386,800.

2. U.S. Patent No. 7,386,800 and its prosecution history.

### III. Insurance Agreements

None.

DATED: June 22, 2023  By: /s/ Guy Ruttenberg

Guy Ruttenberg
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
guy@ruttenbergiplaw.com

Thomas E. Scott
COLE, SCOTT & KISSANE,P.A.
9150 South Dadeland Blvd., Suite 1400
Miami, Florida 33256
Telephone: (305) 350-5381
Facsimile: (305) 373-2294
thomas.scott@csklegal.com

*Attorneys for Defendant*

- 3 -
**Cole, Scott & Kissane**
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via email on the 22nd of June, 2023, on all parties of record on the Service List below.

By: /s/ Guy Ruttenberg

## **SERVICE LIST**

Adam Jason Steinberg
Law Offices of Adam J. Steinberg, P.A.
200 S. Andrews Avenue
Suite 903
Fort Lauderdale, FL 33301
(954) 548-3357
Fax: (888) 222-4192
adam@adamsteinberglaw.com

Meredith Frank Mendez
W John Eagan
Jonathan Ray Woodard
Malloy & Malloy, P.A.
2800 S.W. Third Avenue
Miami, FL 33129
305-858-8000
Fax: 305-858-0008
mmendez@malloylaw.com
johneagan@malloylaw.com
jwoodard@malloylaw.com

Cole, Scott & Kissane
www.csklegal.com

Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West